# EXHIBIT A

**Guidelines Governing
Commercial Advertising**

Adopted August 3, 1972
by
Board of Directors
Amended November 20, 2003 and November 19, 2015

Amended by
General Manager/Chief Executive Officer
Pursuant to Board Resolution Nos. 2015-55 and 2015-57

1.     All advertising shall comply with the spirit of all applicable laws and regulations of the various jurisdictions in which it is displayed unless the inconsistencies among the various jurisdictions prevents such compliance.  Advertising will not be accepted that is false, misleading or deceptive.

2.     Advertisers promoting contests shall insure the contest is being conducted with fairness to all entrants and complies with all applicable laws and regulations.

3.     Testimonials should be authentic and shall honestly reflect the response of the person making them.  (The sales contract shall provide for the indemnification of WMATA against action by any person quoted or referred to in any advertisement placed in the Metro system).

4.     Medical and health-related messages will be accepted only from government health organizations, or if the substance of the message is currently accepted by the American Medical Association and/or the Food and Drug Administration.

5.     Advertisers shall avoid illustrations or references which disregard normal safety precautions.

6.     Advertising offering premiums or gifts shall avoid representations which would enlarge the value of the item in the minds of the viewers.

7.     Use of Metro graphics or representations in advertising is subject to approval by WMATA.

8.     No implied or declared endorsement of any product or service or message by WMATA is permitted.

9.     Advertisements intended to influence members of the public regarding an issue on which there are varying opinions are prohibited.

10.    Advertisements of tobacco products are prohibited in accordance with Board Resolution 94-36.

11.    Advertisements that support or oppose any political party or candidate are prohibited.

12.    Advertisements that promote or oppose any religion, religious practice or belief are prohibited.

13.    Advertisements that support or oppose an industry position or industry goal without any direct commercial benefit to the advertiser are prohibited.

14.    Advertisements that are intended to influence public policy are prohibited.

2