IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALLBUILDER PRESENTATIONS,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY CLARKE, in his official capacity as General Manager and Chief Executive Officer of the Washington Metropolitan Area Transit Authority,<br><br>    Defendant. | Case No. 1:23-cv-03695 |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

David J. Hacker (admitted *pro hac vice*)
Jeremiah G. Dys (D.C. Bar # 90000678)
Ryan Gardner (admitted *pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-4444
dhacker@firstliberty.org
jdys@firstliberty.org
rgardner@firstliberty.org

Camille P. Varone (D.C. Bar # 1617624)
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. N.W., Suite 1410
Washington, D.C. 20004
Tel: (202) 921-4105
cvarone@firstliberty.org

Shannen W. Coffin (D.C. Bar # 449197)
Caitlin E. Daday (D.C. Bar # 90002918)
STEPTOE LLP
1330 Connecticut Ave., N.W.
Washington, D.C.  20036
Tel: (202) 429-3000
Fax: (202) 429-3902
scoffin@steptoe.com
cdaday@steptoe.com

Arthur B. Spitzer (D.C. Bar # 235960)
Scott Michelman (D.C. Bar # 1006945)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: (202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Brian Hauss (D.D.C. Bar # NY0581)  
AMERICAN CIVIL LIBERTIES UNION  
FOUNDATION  
125 Broad Street, 18th Floor  
New York, NY 10004  
Tel: (212) 549-2500  
bhauss@aclu.org

David Cole (D.C. Bar # 438355)  
AMERICAN CIVIL LIBERTIES UNION  
FOUNDATION  
915 15th Street NW  
Washington, D.C. 20005  
Tel: (212) 549-2611  
dcole@aclu.org

*Counsel for WallBuilder Presentations*

Plaintiff WallBuilder Presentations ("WallBuilders") respectfully moves for summary judgment against Defendant Randy Clarke with respect to the only remaining claims in this case, Counts I and II, which allege that Washington Metropolitan Area Transit Authority ("WMATA") Commercial Advertising Guideline 9, WMATA's "issue ad" ban, is unreasonable under the First Amendment.  This court has preliminarily decided the controlling legal question as to Guideline 9's constitutionality, holding that that "Guideline 9 is incapable of reasoned application" and thus is unlawful.  *See* Doc. 38 at 46; *see also Minn. Voters Alliance v. Mansky*, 585 U.S. 1 (2018).  Because that decision was correct, and there is nothing left to decide.  For the reasons stated in the accompanying memorandum of law, WallBuilders is entitled to final judgment declaring Guideline 9 violates the First Amendment, both on its face and as applied to WallBuilders, along with a permanent injunction against enforcement of the Guideline to ads submitted by WallBuilders.

WallBuilders also moves for summary judgment against WMATA Guideline 12, the religious ad ban, on the same grounds:  Guideline 12 is equally incapable of reasoned application under *Mansky*'s rule.  This Court dismissed WallBuilders' Guideline 12 challenge in its prior order, but the Court may reconsider that order at any time before final judgment.  Fed. R. Civ. P. 54(b).  WallBuilders' respectfully submits that it should reconsider its earlier decision dismissing Count VI for the reasons stated the accompanying memorandum.

This Court should thus enter final judgment in favor of WallBuilders on Counts I, II, and VI.[1]  Because any appeal by either party may affect the scope of post-judgment costs and attorneys' fees, however, WallBuilders further requests that the Court stay any deadline for

---

[1] The remaining counts of the Complaint were dismissed by the Court in its prior order.  With the exception of Count VI, Plaintiff does not seek reconsideration of the Court's dismissal order, but reserves all rights to challenge those determinations on appeal.

submission of a bill of costs and petition for attorneys' fees under Fed. R. Civ. P. 54(d)(1) and (2) until after exhaustion by both parties of all appeals in this case.

A proposed order accompanies this motion.

Dated: June 26, 2024

      /s/ *Shannen W. Coffin*

| | |
|---|---|
| David J. Hacker (admitted *pro hac vice*) <br> Jeremiah G. Dys (D.C. Bar # 90000678) <br> Ryan Gardner (admitted *pro hac vice*) <br> FIRST LIBERTY INSTITUTE <br> 2001 West Plano Parkway, Suite 1600 <br> Plano, TX 75075 <br> Tel: (972) 941-4444 <br> dhacker@firstliberty.org <br> jdys@firstliberty.org <br> rgardner@firstliberty.org | Shannen W. Coffin (D.C. Bar # 449197) <br> Caitlin E. Daday (D.C. Bar # 90002918) <br> STEPTOE LLP <br> 1330 Connecticut Ave., N.W. <br> Washington, D.C. 20036 <br> Tel: (202) 429-3000 <br> Fax: (202) 429-3902 <br> scoffin@steptoe.com <br> cdaday@steptoe.com |
| Camille P. Varone (D.C. Bar # 1617624) <br> FIRST LIBERTY INSTITUTE <br> 1331 Pennsylvania Ave. N.W., Suite 1410 <br> Washington, D.C. 20004 <br> Tel: (202) 921-4105 <br> cvarone@firstliberty.org | Arthur B. Spitzer (D.C. Bar # 235960) <br> Scott Michelman (D.C. Bar # 1006945) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF THE DISTRICT OF COLUMBIA <br> 529 14th Street NW, Suite 722 <br> Washington, D.C. 20045 <br> Tel: (202) 457-0800 <br> aspitzer@acludc.org <br> smichelman@acludc.org |
| Brian Hauss (D.D.C. Bar # NY0581) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> Tel: (212) 549-2500 <br> bhauss@aclu.org | David Cole (D.C. Bar # 438355) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION <br> 915 15th Street NW <br> Washington, D.C. 20005 <br> Tel: (212) 549-2611 <br> dcole@aclu.org |

*Counsel for WallBuilder Presentations*