**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WALLBUILDER PRESENTATIONS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RANDY CLARKE,<br><br>　　　　　Defendant. | Civil Action No. 1:23-cv-03695-BAH |

**DEFENDANT'S RULE 56(d) MOTION FOR DISCOVERY AND DEFERRAL OF
CONSIDERATION PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, Defendant Randy Clarke respectfully requests that the Court defer consideration of Plaintiff WallBuilder Presentations' ("WallBuilders") Motion for Summary Judgment, ECF No. 41, and permit him 90 days to conduct discovery necessary for his opposition. In support of this Motion, Defendant submits the accompanying Declaration of Caroline L. Wolverton and Memorandum.

In accordance with LCvR 7(m), Defendant's counsel conferred with counsel for WallBuilders, and WallBuilders opposes this Motion.

Date:　July 12, 2024

Respectfully submitted,

　/s/ Caroline L. Wolverton_____
Anthony T. Pierce, D.C. Bar No. 415263
Caroline L. Wolverton, D.C. Bar No. 496433
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Email: apierce@akingump.com
　　　　cwolverton@akingump.com

Rex S. Heinke, D.C. Bar No. CA00080
COMPLEX APPELLATE LITIGATION GROUP LLP
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
Telephone: (213) 878-0404
Email: rex.heinke@calg.com

*Attorneys for Defendant*

2