**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WALLBUILDER PRESENTATIONS,

        Plaintiff,

    v.

RANDY CLARKE,

        Defendant.

Civil Action No. 1:23-cv-03695-BAH

Judge Beryl A. Howell

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's Rule 56(d) Motion for Discovery and Deferral of Consideration of Plaintiff's Motion for Summary Judgment.  Upon consideration of the Motion and the briefing thereon, and finding the Motion supported by good cause, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that consideration of Plaintiff's Motion for Summary Judgment, ECF No. 41, is hereby **DEFERRED**, and it is further

**ORDERED** that Defendant shall have 90 days to conduct the discovery described in his Rule 56(d) Motion.

    **SO ORDERED**.

Dated: _____, 2024

_____
HONORABLE BERYL A. HOWELL
United States District Judge