AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| WALLBUILDERS PRESENTATIONS ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-03695-BAH |
| RANDY CLARKE ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WALLBUILDERS PRESENTATIONS .

Date: 11/21/2024

/s/ Andrew J. Sloniewsky
*Attorney's signature*

Andrew J. Sloniewsky (D.C. Bar # 440474)
*Printed name and bar number*

Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Address*

asloniewsky@steptoe.com
*E-mail address*

(202) 429-3000
*Telephone number*

(202) 429-3902
*FAX number*