**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **WALLBUILDER PRESENTATIONS,**<br><br>Plaintiff,<br><br>v.<br><br>**RANDY CLARKE, in his official capacity as General Manager and Chief Executive Officer of the Washington Metropolitan Area Transit Authority,**<br><br>Defendant. | **Case No. 1:23-cv-03695-BAH** |

**PLAINTIFF WALLBUILDER PRESENTATIONS'
RULE 56(d) MOTION FOR DISCOVERY**

Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, Plaintiff WallBuilder Presentations respectfully requests that the Court permit it 150 days to conduct discovery necessary for its opposition to Defendant Randy Clarke's Motion for Summary Judgment and for its reply to Defendant's opposition to WallBuilders' Motion for Summary Judgment, as set forth in the attached Memorandum.  In support of this Motion, Plaintiff submits the accompanying Declaration of Shannen W. Coffin and Memorandum.

In accordance with LCvR 7(m), Plaintiff's counsel conferred with counsel for Defendant, and Defendant opposes this Motion.

Date:    November 21, 2024

By:    /s/ *Shannen W. Coffin*
Shannen W. Coffin (D.C. Bar # 449197)
Andrew J. Sloniewsky (D.C. Bar # 440474)
Caitlin E. Daday (D.C. Bar # 90002918)
STEPTOE LLP
1330 Connecticut Ave., N.W.
Washington, D.C.  20036
Tel: (202) 429-3000
Fax: (202) 429-3902
scoffin@steptoe.com
cdaday@steptoe.com

David J. Hacker (*pro hac vice*)
Jeremiah G. Dys (D.C. Bar # 90000678)
Ryan Gardner (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-4444
dhacker@firstliberty.org
jdys@firstliberty.org
rgardner@firstliberty.org

Camille P. Varone (D.C. Bar # 1617624)
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. N.W., Suite 1410
Washington, D.C. 20004
Tel: (202) 921-4105
cvarone@firstliberty.org

Arthur B. Spitzer (D.C. Bar # 235960)
Scott Michelman (D.C. Bar # 1006945)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF THE DISTRICT OF
   COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: (202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

2

Brian Hauss (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
bhauss@aclu.org

David Cole (D.C. Bar # 438355)
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 662-9000
cole@law.georgetown.edu

*Counsel for Plaintiff WallBuilder*
*Presentations*