**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **WALLBUILDERS PRESENTATIONS,**<br><br>        Plaintiff,<br><br>    v.<br><br>**RANDY CLARKE, in official capacity as General Manager and Chief Executive Officer of the Washington Metropolitan Area Transit Authority,**<br><br>        Defendant. | **Case No. 1:23-cv-03695-BAH** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff WallBuilder Presentations' Rule 56(d) Motion for

Discovery, and the memorandum and evidence in support thereof, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** the Plaintiff shall have 150 days to conduct the discovery described in its

Rule 56(d) Motion.

Dated: _____, 2024        _____
                                                                            United States District Judge