UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Wallbuilder Presentations,<br><br>                Plaintiff,<br>   v.<br><br>Clarke,<br><br>                Defendant. | Case No. 1:23-cv-03695-BAH |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Camille P, Varone, counsel for Plaintiff, pursuant to Federal Rules of Civil Procedure 7, hereby moves the Court for leave to withdraw as counsel for Plaintiff in the above-captioned case. As of January 17, 2025, Ms. Varone will no longer be employed by First Liberty Institute. Plaintiff continues to be represented by Ryan N. Gardner, Jeremiah G. Dys and David J. Hacker of First Liberty Institute; Shannen W. Coffin, Andrew J. Sloniewsky, and Caitlin E. Daday of Steptoe LLP; Arthur B. Spitzer and Scott Michelman of the ACLU of the District of Columbia; and Brian Mathew Hauss of the American Civil Liberties Union Foundation.

Dated: January 17, 2025

                                                              Respectfully submitted,

                                                              */s/ Camille P. Varone*
                                                               First Liberty Institute
                                                               1331 Pennsylvania Ave NW, Ste. 1410
                                                               Washington, DC 20004
                                                               202-921-4105
                                                               CVarone@FirstLiberty.org

                                              */s/ Ryan N. Gardner*
                                              First Liberty Institute
                                              2001 W. Plano Pkwy., Ste. 1600
                                              Plano, TX 75075
                                              RGardner@FirstLiberty.org

                                              */s/ Jeremiah G. Dys*
                                              First Liberty Institute
                                              2001 W. Plano Pkwy., Ste. 1600
                                              Plano, TX 75075
                                              JDys@FirstLiberty.org

                                              */s/ David J. Hacker*
                                              First Liberty Institute
                                              2001 W. Plano Pkwy., Ste. 1600
                                              Plano, TX 75075
                                              DHacker@FirstLiberty.org


## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I electronically filed the foregoing through the Court's CM/ECF, thereby effecting service on Defendants.


                                       By: */s/ Camille Varone*
                                            Camille Varone