**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WALLBUILDER PRESENTATIONS,** | |
| Plaintiff, | |
| v. | **Case No. 1:23-cv-03695-BAH** |
| **RANDY CLARKE, in his official capacity as General Manager and Chief Executive Officer of the Washington Metropolitan Area Transit Authority,** | |
| Defendant. | |

### PLAINTIFF WALLBUILDERS' UNOPPOSED MOTION TO EXTEND DISCOVERY

Plaintiff WallBuilder Presentations ("WallBuilders"), through undersigned counsel and pursuant to the Federal Rules of Civil Procedure ("FRCP"), Local Rule 7, and this Court's Standing Order for Civil Cases Rules 6(d) and 7(b), respectfully requests that the Court modify the scheduling order dated December 17, 2024 (the "December 17 Order"), for the reasons set forth herein.

Plaintiff has consulted with Defendant Randy Clarke, through counsel, who has indicated that Defendant does not oppose this motion. This is the first such motion requesting a modification of the December 17 Order, it is being filed more than four days prior to any current deadlines in that order, no previous modifications of the order have been sought nor granted, and there is good cause to support the requested modifications of the order.

In support, WallBuilders states as follows:

1.      Pursuant to FRCP 56(d), WallBuilders filed a motion for discovery on November 21, 2024, requesting the Court permit it 150 days to conduct discovery to oppose Defendant Clarke's Motion for Summary Judgment.

2.      On December 17, 2024, this Court issued an Order granting WallBuilders' Motion for Discovery, and allowing discovery to begin on January 6, 2025 and end on June 5, 2025.  The Court directed the parties to submit a joint status report by June 6, 2025, advising the Court on the status of the matter, including whether WallBuilders' claims are moot in light of the Interpretive Aids, and proposing a schedule for any further proceedings.

3.      Since issuance of the December 17 Order, the parties have been working cooperatively to complete discovery on the existing schedule.  Immediately upon the opening of discovery, on January 6, 2025, WallBuilders served interrogatories (the "Interrogatories") and requests for production (the "RFPs") on Defendant Randy Clarke.  Mr. Clarke supplied his responses and objections to the Interrogatories and RFPs on February 5, 2025, and more than a month later, on March 14, 2025, Defendant made a production of documents to WallBuilders.

4.      WallBuilders immediately began reviewing the documents contained in the First Production, which contained more than 3,000 documents.  Since receiving Defendant's discovery responses and document production, WallBuilders has sent a number of meet-and-confer requests to Defendant, seeking to resolve differences between the parties regarding the scope and content of production, including certain privilege objections by Defendant.  The parties have been working collaboratively to address and resolve the issues raised in WallBuilders' requests and have narrowed their differences substantially.  At least one supplemental production from Defendant and a privilege log are forthcoming, but have not yet been produced.

5.      There exists good cause to extend discovery, as the parties are working diligently to complete discovery, but anticipate that the close of discovery on June 5, 2025, will provide inadequate time for Plaintiff to obtain and review all remaining relevant documents and conduct depositions and for the parties to resolve relevant any outstanding discovery issues.

6.      No party will be prejudiced by the extension of the discovery deadline.

7.      The parties conferred by email up to and including April 28, 2025, and WMATA does not object to the extension of deadlines in this Court's December 17, 2024 Order.

8.      WallBuilders proposes an extension of the discovery deadlines in the December 17, 2024 Order for a period of approximately four months, as follows:

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | June 5, 2025 | September 30, 2025 |
| Status Report and Proposed Schedule | June 6, 2025 | October 1, 2025 |

WHEREFORE, Plaintiff respectfully requests that this Honorable Court extend the discovery deadlines in the December 17 Order accordingly.

Date:   April 28, 2025

By:     /s/      Shannen W. Coffin
Shannen W. Coffin (D.C. Bar # 449197)
Andrew Sloniewsky (D.C. Bar # 440474)
Caitlin E. Ames (D.C. Bar # 90002918)
STEPTOE LLP
1330 Connecticut Ave., N.W.
Washington, D.C.  20036
Tel: (202) 429-3000
Fax: (202) 429-3902
scoffin@steptoe.com
asloniewsky@steptoe.com
cames@steptoe.com

3

David J. Hacker (*pro hac vice*)
Jeremiah G. Dys (D.C. Bar # 90000678)
Ryan Gardner (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-4444
dhacker@firstliberty.org
jdys@firstliberty.org
rgardner@firstliberty.org


Arthur B. Spitzer (D.C. Bar # 235960)
Scott Michelman (D.C. Bar # 1006945)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF THE DISTRICT OF
    COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
Tel: (202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Brian Hauss (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
bhauss@aclu.org

David Cole (*pro hac vice*)
600 New Jersey Avenue, N.W.
Washington, D.C.  20001

*Counsel for Plaintiff WallBuilder*
*Presentations*